```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BEAL STREAM VENTURE, LLC,

           Plaintiff,

-against-

LEADING BUILDERS GROUP LLC, STONEHILL & TAYLOR ARCHITECTS, P.C., NEILL E. PARKER JR., MOXY NEW YORK CITY LOWER EAST SIDE, MARRIOT INTERNATIONAL, INC., MICHAELS BOYD INC., and ROCKWELL GROUP LTD,

           Defendants.

1: 23-cv-05641-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    Plaintiffs commenced this action on May 28, 2023, in Supreme Court of the State of New York, County of New York, by filing a Summons with Notice. [ECF No. 1-2].

    On June 30, 2023, Defendants Lightstone Group ("Lightstone") and Leeding Builders Group LLC ("Leeding") removed this action to Federal Court. [ECF No. 1]. In its Notice of Removal, Defendants state that the Complaint has not been served on Defendants yet, and Defendants Lightstone and Leeding became aware of the action for the first time on June 2, 2023, by virtue of an internal investigation. [ECF No. 1]. Defendants allege that the Court has jurisdiction under 29 U.S.C. § 1132(a)(1). [ECF No. 1]. To date, neither Plaintiff nor the remaining Defendants have appeared in this action.

    Accordingly, IT IS HEREBY ORDERED that, on or before October 26, 2023, the appearing Defendants are directed to serve the Notice of Removal and this Order on the Plaintiff and Defendants who have not yet appeared in this action. IT IS FURTHER ORDERED that

Defendants shall file a letter on the docket informing the Court of its efforts to serve the Plaintiff and other Defendants with its Notice of Removal.

**SO ORDERED.**

Date: October 5, 2023
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**